# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
|  | ) | 1:25-MJ-266 |
| JULIUS SAMUEL JOHNSON | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between 11/1/2024 and 5/15/2025  in the county of  Kent  in the
Western District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2), (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography Involving Prepubescent Minors |

This criminal complaint is based on these facts:
See Continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Complainant's signature*

Special Agent Erin Herrgott, HSI
*Printed name and title*

Date: 05/15/2025

*Judge's signature*

City and state:  Grand Rapids, Michigan     Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*