UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case No. 1:25−cr−00097−RJJ

v.                                       Hon. Robert J. Jonker

JULIUS SAMUEL JOHNSON,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:              April 13, 2026   03:00 PM
Judge:                   Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

                                                      ROBERT J. JONKER
                                                      United States District Judge

Dated:  December 8, 2025       By:   /s/ Stephanie Carpenter
                                                 Case Manager